RETURN DATE MAY 11, 2021 : SUPERIOR COURT

JANAZZO ENERGY LLC A/S/O LIBERTY : J.D. OF HHD
MUTUAL INSURANCE COMPANY

: AT HARTFORD

V.

:

THOMAS MACARY AND AMERICAN APRIL 12 ,2021
COMMERCE INSURANCE COMPANY AS
SUBROGEE

## EQUITABLE BILL IN INTERPLEADER

1. This action is brought as an equitable bill of interpleader per C. G. S. sec 52-484.

2. The plaintiff in equity is Janazzo Energy LLC (Janazzo) of Southington CT, as

   subrogor to its insurer, Liberty Mutual Insurance Company (Liberty) of Boston,

   MA. Liberty provided liability indemnity and coverage to Janazzo, as to all facts,

   events and matters relevant to this Equitable Bill.

3. The defendants in equity are Thomas Macary (Macary) owner of 33 Charles

   Street, Plantsville, CT as subrogor to equitable defendant American Commerce

   Insurance Company (American) of Webster, MA. The Charles Street Macary

   property is the subject of the disputed payments and expenses relevant to the

   Equitable Bill.

4. On or about Feb 19, 2019, Janazzo made an oil delivery to the Charles Street

   Macary property. During that delivery, there was a spill (Spill) of home heating oil.

   Macary has asserted that this Spill was the result of negligent acts or omissions

   of agents/servants/employees of Janazzo. Macary has claimed extensive and

expensive resulting damages to the appurtenant improvements and structures on the land at Charles Street, as a proximate result of the Spill.

5. Subsequent to the Spill, Liberty, as Janazzo's insurer, directly adjusted and negotiated the loss with Macary. In doing so, Liberty paid to or for the benefit of Macary $134,506.74 in gross sum. After receiving these payments Macary ceased any general contact with Liberty.

6. Equitable codefendant American has pending, in this same court, an action titled, AMERICAN COMMERCE INSURANCE COMPANY A/S/O THOMAS MACRAY v. JANAZZO ENERGY, LLC. Bearing Docket Number HHD-CV21-6138511-S (Action). The allegations against Janazzo in this Action by American arise from expenses incurred by American, in the very same Spill.

7. In this pending Action, HHD-CV21-6138511-S, American, as insurer to Macary for the property at Charles Street, claims that it expended, for the exact same Spill, "*fair and reasonable cause and cost of the resulting damage.*" It is the information and belief of Janazzo and Liberty that the payments by American exceed an additional $230,000.00 for the same Spill, at the same Charles Street property. Both Liberty and American have apparently paid to Macary substantial monetary sums for repairs, alternative living expenses, personal property, and the like in adjusting this loss for this Spill.

8. Janazzo, and its subrogee Liberty, seek from equitable defendant Macary a full accounting for all funds paid to him, or for his benefit, in any manner or fashion or to any person or entity, arising from claims, expenses, costs or losses attributable to the Spill and its direct or consequential effects.

9.  Subsequent to an accounting, Janazzo and subrogee Liberty seek an equitable

    Order or Orders determining Liberty's equitable share, on behalf of Janazzo, for

    any claimed expenses relating to this Spill, and return of any Liberty

    overpayments, and unnecessary or improper payments relating thereto.

 

 

PLAINTIFF IN EQUITY            ,
JANAZZO AS SUBROGOR TO
LIBERTY MUTUAL


BY     *Thomas P. Mullaney*
       Thomas P Mullaney 3RD
       **Meehan, Roberts, Turret &
       Rosenbaum**
       101 Barnes Road, 3rd Floor
       Wallingford, Connecticut 06492
       Tel. Ph. No.(203) 294-7800
       Juris No. 408308

RETURN DATE MAY 11, 2021             :  SUPERIOR COURT

JANAZZO ENERGY LLC A/S/O LIBERTY    :  J.D. OF HHD
MUTUAL INSURANCE COMPANY

                              :  AT HARTFORD

V.

                              :

THOMAS MACARY AND AMERICAN         APRIL 12 ,2021
COMMERCE INSURANCE COMPANY AS
SUBROGEE

## **PRAYER FOR EQUITABLE RELIEF**

1. An Interlocutory Judgment in Interpleader requiring all parties to interplead together concerning their individual equitable claims to the funds now in the hands of or received by Thomas Macary;

2. A full accounting, in equity, for all funds paid to or for the benefit of Thomas Macary as paid out by American and/or Liberty, to Macary directly or to any and all vendors, workmen, contractors, and/or any other third parties (excluding any privileged Attorney's Fees paid by Macary), concerning any and all damages or losses, direct or circumstantial, relating to the Spill on the Charles Street property.

3. An Order in equity, requiring the reimbursement to Liberty as Janazzo' s subrogee, for any and all funds Liberty has expended relating to this Spill, which are determined in equity to be overpayments and/or duplicate payments, or otherwise improper payments.

4. Such other relief at equity as the court shall deem just and proper.

PLAINTIFF IN EQUITY                    ,
JANAZZO AS SUBROGOR TO
LIBERTY MUTUAL


BY      *Thomas P. Mullaney*
        Thomas P Mullaney 3RD
        **Meehan, Roberts, Turret &
        Rosenbaum**
        101 Barnes Road, 3rd Floor
        Wallingford, Connecticut 06492
        Tel. Ph. No.(203) 294-7800
        Juris No. 408308